

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **UNDER SEAL** |
| | ) |
| | ) Case No. 1:22-cr-165 |
| v. | ) |
| | ) Counts 1-3: 26 U.S.C. §§ 5841, 5861(d), 5871 |
| | ) (Possession of an Unregistered Firearm) |
| HATCHET M. SPEED, | ) |
| | ) Forfeiture Notice |
| Defendant. | ) |
| | ) |

## INDICTMENT

September 2022 Term – At Alexandria

### COUNT ONE

UNLAWFUL POSSESSION OF AN UNREGISTERED FIREARM

THE GRAND JURY CHARGES THAT:

On or about June 22, 2022, in Alexandria, Virginia, within the Eastern District of Virginia, the defendant, HATCHET M. SPEED, knowingly possessed a firearm, to wit: a silencer (as defined in section 921 of Title 18 of the United States Code), not registered to him in the National Firearms Registration and Transfer Record.

(In violation of Title 26, United States Code, Sections 5841, 5861(d), 5871.)

## COUNT TWO

Unlawful Possession of an Unregistered Firearm

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 22, 2022, in Alexandria, Virginia, within the Eastern District of Virginia, the defendant, HATCHET M. SPEED, knowingly possessed a firearm, to wit: a silencer (as defined in section 921 of Title 18 of the United States Code), not registered to him in the National Firearms Registration and Transfer Record.

(In violation of Title 26, United States Code, Sections 5841, 5861(d), 5871.)

## COUNT THREE

Unlawful Possession of an Unregistered Firearm

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 22, 2022, in Alexandria, Virginia, within the Eastern District of Virginia, the defendant, HATCHET M. SPEED, knowingly possessed a firearm, to wit: a silencer (as defined in section 921 of Title 18 of the United States Code), not registered to him in the National Firearms Registration and Transfer Record.

(In violation of Title 26, United States Code, Sections 5841, 5861(d), 5871.)

## **FORFEITURE**

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT THE PROPERTY DESCRIBED BELOW IS SUBJECT TO FORFEITURE:

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the defendant, HATCHET M. SPEED, is hereby notified that upon conviction of any of the offenses set forth in this Indictment, he shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in such violation.

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the defendant, HATCHET M. SPEED, is hereby notified that upon conviction of any of the offenses set forth in this Indictment, he shall forfeit to the United States, pursuant to 49 U.S.C. § 80303 and 28 U.S.C. § 2461(c), any aircraft, vehicle, or vessel involved in the violation.

//

//

//

//

//

//

//

//

//

//

//

//

Pursuant to 21 U.S.C. § 853(p), the defendant, HATCHET M. SPEED, shall forfeit substitute property, if, by any act or omission of the defendant, HATCHET M. SPEED, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(Pursuant to Federal Rule of Criminal Procedure 32.2; Title 26, United States Code, Section 5872(a); Title 18, United States Code, Section 924(d); Title 49, United States Code, Section 80303; Title 21, United States Code, Section 853(p); and Title 28, United States Code, Section 2461(c).)

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
FOREPERSON

9/6/22
DATE

Jessica D. Aber
United States Attorney

By: _____
Thomas W. Traxler
Amanda Lowe
Assistant United States Attorneys

5