IND

## Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

☒ Under Seal

**Judge Assigned:** MSN

**Place of Offense:**

City: Alexandria

County:

Superseding Indictment:

Same Defendant:

Magistrate Judge Case No.

Search Warrant Case No.

**Criminal No.** 1:22-cr-165

**New Defendant:** X

**Arraignment Date:**

**R. 20/R. 40 From:**

### Defendant Information:

**Defendant Name:** HATCHET M. SPEED

Alias(es):

☐ Juvenile  FBI No.

**Address:**

**Employment:**

**Birth Date:** 1981  **SSN:**  **Sex:** Male  **Race:**  **Nationality:**

**Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**

☐ Interpreter  Language/Dialect:  Auto Description:

### Location/Status:

**Arrest Date:**  ☐ Already in Federal Custody as of:  in:

☐ Already in State Custody   ☒ On Pretrial Release   ☐ Not in Custody
*(For the District of Columbia District Court)

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

### Defense Counsel Information:

**Name:**   ☐ Court Appointed   **Counsel Conflicts:**

**Address:**   ☐ Retained

**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

### U.S. Attorney Information:

**AUSA(s):** Thomas W. Traxler, Amanda Lowe   **Phone:** 703-299-3746   **Bar No.**

### Complaint Agency - Address & Phone No. or Person & Title:

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 26 U.S.C. §§ 5841, 5861(d), 5871 | Possession of an Unregistered Firearm | 1-3 | |
| Set 2: | | | | |

**Date:** 9/2/2022   **AUSA Signature:**   *may be continued on reverse*