IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



UNITED STATES OF AMERICA

v.

Case No. 1:22-CR-165

HATCHET M. SPEED,

Defendant.

GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States respectfully requests that the Court unseal the indictment, motion to seal, and sealing order (collectively, "indictment materials") filed on September 6, 2022, in the above-captioned case.

This office previously requested that the indictment materials be sealed until the defendant was arrested. Because the defendant was arrested this morning, it is respectfully requested that the indictment materials be unsealed.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: September 7, 2022        By: _____
                                   Thomas W. Traxler
                                   Assistant United States Attorney