Date: 9/22/2022　　　　　Judge: Michael S. Nachmanoff　　　　　Reporter: Diane Salters
Time: 9:56 a.m.　　　　　to 9:59 a.m.

# UNITED STATES of AMERICA
　　　Vs.

**Hatcher M. Speed**　　　　　1:22-cr-165
Defendant's Name　　　　　　Case Number

Courtney Dixon/Brooke Rupert　　　　　Amanda Lowe and Thomas Traxler
Counsel for Defendant　　　　　　　　Counsel for Government

Matter called for:
( ) Motions　　　　　　　　　　( ) Setting Trial Date　　　( ) Change of Plea Hrg.　　( ) Rule 35
(✓) Arraignment　　　　　　　 ( ) Appeal from USMC　　　( ) Sentencing　　　　　　( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.　　　　　　　　　( ) Pre-Indictment Plea　　　( ) Other: _____

Defendant appeared:　　(✓) in person　　　　( ) failed to appear
　　　　　　　　　　　(✓) with Counsel　　　( ) without counsel　　　( ) through counsel

Filed in open court:
( ) Criminal Information　( ) Plea Agreement　( ) Statement of Facts　(✓) Protective Order　(✓) Discovery Order

Arraignment & Plea:
(✓) WFA　( ) FA　( ) PG　(✓) PNG　Trial by Jury:　(✓) Demanded　( ) Waived

20 Days to file Motions with Argument to be decided on a date agreed upon by counsel.

Case continued to 12/12/2022　at 9:00 am　for: (✓) Jury Trial　( ) Bench Trial　( ) Sentencing

All Exhibits must be filed with the Clerk _____ days prior to trial.
Bond Set at: $_____　　( ) Unsecured　　( ) Surety　　( ) Personal Recognizance

( ) Release Order Entered　( ) Deft. Remanded　( ) Deft. Released on Bond　(✓) Deft. Continued on Bond

Defendant is:　( ) In Custody　( ) Summons Issued　(✓) On Bond　( ) Warrant Issued　( ) 1st appearance

8/10

Email: _____