# Exhibit 2



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    07/18/2022

On June 22, 2022, Federal Bureau of Investigation (FBI) Washington Field Office (WFO) executed a search warrant of captioned subject HATCHET SPEED's storage unit located at 4551 Eisenhower Avenue, Unit #778, Alexandria, Virginia 22304. The sealed search warrant (Case No. 1:22-SW-347) was signed and issued via the Unites States District Court for the Eastern District of Virginia by U.S. Magistrate Judge Theresa C. Buchanan on June 17, 2022.

Additionally, on June 22, 2022 SPEED was arrested in McLean, VA by FBI WFO SWAT *(see reference serials 154 and 176)* and charged with *(see referenced serial 156)*:

1. 18 USC 1752(a)(1) – Entering and Remaining in a Restricted Building or Grounds
2. 18 USC 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds
3. 40 USC 5104(e)(2)(D) – Disorderly Conduct in a Capitol Building
4. 40 USC 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capitol Building

Upon confirmation that SPEED was in custody, Special Agent Christon Turner with the FBI notified CTOC of the initiation of the planned search warrant execution for SPEED's storage unit (#778). As a precautionary public safety measure, Alexandria Police Department swept the storage facility of all customers and employees. Alexandria Police officers then staged at the requested traffic control positions along the south side of the property:

1. Main entry gate – south side of property
2. Sidewalk - Southwest corner of property
3. Sidewalk - Southeast corner of property

Once the storage facility was cleared and Alexandria police officers maintained a cordon of the property, Special Agent Bomb Tech (SABT) Team Leader Aiden Garcia, SABT James Hughes, and SABT Mikel Wier prepared to initiate entry into storage unit #778. SABT Garcia subsequently made entry into the targeted storage unit at approximately 1225 hours. SABT Garcia assessed the storage unit after entering and did not identify any explosive device or hazard. SABT Garcia advised the same to SA Turner and on scene commander SSA David Gottlieb. SA Turner then contacted Sgt. Taylor and advised that the precautionary cordon could be released.

At approximately 1253 hours, SA Turner contacted the designated Search Team Leader, SA Bethany McNamara, to advise that she and the search team could proceed to the storage unit from the staging location. The search team roster consisted of the following personnel with the respective initial assignments:

| STORAGE / SITE #2: 4551 Eisenhower Ave. Unit #778, Alexandria, VA 22304 | | | |
|---|---|---|---|
| **NAME:** | **AGENCY:** | **LOCATION:** | **PRIMARY ROLE:** |
| SSA David Gottlieb | FBI | Storage Unit | On-Scene Commander |
| SA Chris Turner | FBI | Storage Unit | Case Team, Operations Planning |
| TFO Trey Mamula | FBI / AFOSI | Storage Unit | Case Team |
| SA Bethany McNamara | FBI | Storage Unit | Storage Search TL |
| SA Kelly McLeod | FBI | Storage Unit | Seizing Agent |
| Mike Pendergrass | FBI | Storage Unit | Photographer |

Investigation on  06/22/2022  at  Alexandria, Virginia, United States (In Person)

File #                                                                                   Date drafted  07/05/2022

by  TURNER CHRISTON EDWARD

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of  Storage Unit - Search Warrant Execution & Return  , On  06/22/2022  , Page  2 of 8

| Tyler McGee | FBI | Storage Unit | Photo Logger |
| EOT Jhasmyn Curry | FBI | Storage Unit | Sketcher |
| TFO George Harvey | FBI / VSP | Storage Unit | Searcher 1 |
| SA Brooks Hopkins | FBI | Storage Unit | Searcher 2 |
| SA Steve Brunson | FBI | Storage Unit | Searcher 3 |
| TFO Matthew Bailey | FBI / FAMS | Storage Unit | Searcher 4 |
| SA Lawrence Kinsella | FBI | Storage Unit | Searcher 6 |
| SA Laticia Henschel | FBI | Storage Unit | Searcher 7 |
| David Draghi | FBI | Storage Unit | Evidence Tech |
| Sgt. William Taylor | Alexandria PD | Storage Unit | Perimeter Cordon |
| SA Ioannis Douroupis | ATF | Storage Unit | ATF |
| SA Adian Garcia | FBI | Storage Unit | SABT TL |
| SA James Hughes | FBI | Storage Unit | SABT |
| SA Mikel Wier | FBI | Storage Unit | SABT |

Upon the search team's arrival to the storage unit, FBI Photographer Michael Pendergrass captured initial photographs of the facility, unit #778, and the contents therein.

At approximately 1300 the search team initiated the search within storage unit #778 *(see attached sign-in log)*. The captioned evidence log *(see reference serial 166, 200)* documents all items seized pursuant to the execution of the search warrant. The attached FD-886 Evidence Collected Item Log, prepared by the search team's Seizing Agent SA Kelly McLeod, contained seven pages of items seized from SPEED's storage unit #778. The FD-886 documents 60 total items therein. Three of the seized items were documented on the FD-886, were photographed in place, not physically seized, and left within the storage unit. All items were packaged and labeled on site by the search team.

The following items were physically seized from SPEED's storage unit #778 *(see reference serial 166, 200)*:

Trijicon RMR06 Optic, S/N: 641350

Box of magazines and suppressor accessories

1499 300 BLK cartridges. Item (A): continued.

11,350 rounds .22 LR cartridges

T-Mobile SIM Card

3400 count 5.56 x 45 cartridges

500 count .38 special cartridges

Two FS1913 pistol stabilizing braces

300 BLK conversion barrel kit

One magazine

Hawk Innovative Tech Solvent Trap TB 3/8

Hawk Innovative Tech Solvent Trap HD 1/4

Hawk Innovative Tech Solvent Trap AB 7/16"

HP Pocket PC with Memory/SIM card

Green helmet

387 .40 cal S&W cartridges

FN 9mm pistol with three magazines, S/N: GKS0123707

Tikka T3X Rifle with one magazines, S/N: Y31472

340 cartridges 6.5 Creedmoor ammunition

Rifle light (mount)

Glock 27 Gen pistol with three magazines, S/N: AFBU873. Item (A): gun box.

Digital bore gauge kit and crank and cam seal service kit

Three rifle magazines

Daniel Defense Firearm with magazine, S/N: DDM4258225

One Maxtor external hard drive, three Maxtor internal hard drives, one Samsung internal hard drive, one Toshiba internal hard drive

Two External Storage Devices (1) Masscool and (1) Infosafe

LG Phone

Rifle light

Case of IGMAN 9 x 19 mm ammunition- 20 boxes, 50 rounds each

Sig Sauer MCX Multi-Caliber Firearm, S/N: 63G002090

Sig Sauer MCX Multi-Caliber Firearm, S/N: 63G006373

Night Force Rifle Scope, S/N: ATACR7-C569

Two ballistic plates

Minox ZP8 Rifle Scope

Trybe Optics Enhancer Magnification Doubler with scope mount for 34mm tubes

Dead Air Suppressor 7.62 mm silencer

Camoflauge Plate Carrier

Surefire Light Model SR 07

Walther P22 Laser Sight

Spur Ideal Scope Mount System

Two Eotech optics

BaoFeng FM Transceiver with accessories

Ten AK magazines with one 7.62MM round in one of the magazines

Go-Pro Hero 2, HD2-14, with SD Card

Dead Air Suppressor Sandman S 7.52

Walter P-22 Firearm .22 cal with two magazines, S/N: WA314494

Gemtech Inert Display Silencer GM-22 Threaded

DBAL- A3 Dual Beam Aiming Laser, S/N: C269425

Rugged Suppressors Surge 762 Suppressor 7.62 MM, S/N: 5938300600

Loogu Fast PJ Base Jump Military Helmet, S/N: X0007EXKUJ

Mitutoyo Digimatic bore gage

DeWalt Die Grinder

Sig Sauer Short Barrel Firearm Multi-Caliber with Trijicon Scope, S/N: 63F038313

DeWalt Angle Grinder

External Hard drive- NexStar-CX

Silver Chrome laptop, S/N: 38213235375800153

Black IBM Thinkpad, S/N: L3-3M7K4

▮▮▮   Three of the items were labeled "Hawk Innovative Tech Solvent Trap". These items were released on site by SA Turner to ATF SA Ioannis Douroupis, at 1705 hours, for further assessment/evaluation by ATF-FATD regarding suspected National Firearms Act (NFA) violations *(see reference serial 166, 198)*:

- Hawk Innovative Tech – Solvent Trap – AB 7/16"
- Hawk Innovative Tech – Solvent Trap – HD 1/4"
- Hawk Innovative Tech – Solvent Trap – TB 3/8"

▮▮▮   Eight of the seized items were subsequently entered into ATF's e-Trace system:

Make: FN
Model: 509
Caliber: .9 mm
Serial: GK50123707
e-Trace: T20220314852

Make: Walther
Model: P22
Caliber: 22 LR
Serial: WA314494
e-Trace: T20220310707

Make: Glock
Model: 27
Caliber: .40
Serial: AFBU873
e-Trace: T20220310712

Make: Daniel Defense
Model: V7
Caliber: 5.56
Serial: DDM4258225
e-Trace: T20220310715

Make: Tikka
Model: T3X
Caliber: 6.5 Creedmoor
Serial: Y31472
e-Trace: T20220310718

Make: Sig Sauer
Model: MCX
Caliber: (multi-caliber - lower will fire .223, 5.56 and .300 BLK.)

Serial: 63F038313
e-Trace: T20220314859

Make: Sig Sauer
Model: MCX
Caliber: (multi-caliber - lower will fire .223, 5.56 and .300 BLK.)
Serial: 63G002090
e-Trace: T20220314862

Make: Sig Sauer
Model: MCX
Caliber: (multi-caliber - lower will fire .223, 5.56 and .300 BLK.)
Serial: 636006373
e-Trace: T20220314863

All eight of the aforementioned firearms were checked through NCIC by CTOC with no record found.

The seized firearms were submitted (as applicable) into the National Integrated Ballistics Information Network (NIBIN) on July 6, 2022 *(see reference serial 197)*.

ELSUR Operations Technician (EOT) Jhasmyn Curry sketched the attached diagram depicting the approximate locations where respective items were found within unit #778. The item numbers depicted on EOT Curry's sketch (not to scale) are congruent to the item numbers listed on the FD-886 Evidence Collected Item Log prepared by SA McLeod.

Upon the completion of the search, SA Turner, SA McNamara, and SA McLeod provided copies of the following documentation inside SPEED's secured storage unit #778:

1. Copy of Search Warrant (Case No. 1:22-SW-347)
2. Attachment A-2
3. Attachment B
4. FD-597 Receipt for Property (3 pages listing items seized)

The following weapons were not collected from SPEED's storage unit on the date of execution due to them being outside the scope of the search warrant's authority *(see reference serial 175)*:

Smith & Wesson .38 caliber revolver – Serial #: ANA3276
Smith & Wesson .38 caliber revolver – Serial #: D943936

SA Turner secured SPEED's storage unit #778 with a black in color Master brand combination lock having access code: 0421.

Photographer Michael Pendergrass completed the capture of scene photos. Pendergrass later transferred all photos from his camera onto DVD+RW discs ("Original" and "Backup of Original"). Both DVD+RW discs are attached as physical 1A.

All FBI employees were cleared from the search site of SPEED's storage unit #778 at approximately 5:05 PM.

SA McNamara and SA McLeod transported the seized items back to the FBI WFO for submission into the Evidence Control Room (ECR) to obtain 1B numbers *(see reference serial 166)*.

SA Turner completed the attached search warrant return and emailed the same to AUSA Alexis Loeb (District of Columbia) and AUSA Thomas Traxler (Eastern District of Virginia) *(see reference serial 194)*.

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of ██████ Storage Unit - Search Warrant Execution & Return , On 06/22/2022 , Page 8 of 8

██████ The following items and/or forms are attached to this document as digital 1As and/or physical 1As.

- Copy of Search Warrant, Search Warrant Return, Attachment A-2, Attachment B
- Search Warrant Order To Seal
- Email of Search Warrant Return To AUSA
- FD-886 Evidence Collected Item Log
- FD-597 Receipt for Property
- Crime Scene Sign-In Log
- Sketch
- Photos [DVD's of Original, Back-ups]
- Photograph Logs