# Exhibit 5



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives
1155 Brewery Park Boulevard, Suite 300
Detroit, Michigan 48207

December 8, 2021

Diversified Machine Customer,

### WARNING NOTICE

### YOU MAY BE IN VIOLATION OF FEDERAL LAW

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is responsible for enforcing Federal firearms laws. ATF has received information that you have acquired, or have attempted to acquire, one or more silencer kits/silencers or silencer parts from Diversified Machine/ https://diversified.machine.us, which have been determined to be silencers, none of which are registered to you in the National Firearms Registration and Transfer Record (NFRTR) as required by the National Firearms Act (NFA), Title 26 U.S.C. Chapter 53.

*This letter officially notifies you that it is a felony violation of Federal law to possess a silencer that is not registered to you and that any silencer devices that are unlawfully possessed are subject to seizure and forfeiture by the Federal government. Possession of any of the unregistered silencer devices could result in prosecution for criminal violations of Federal law as well as potential State violations. Any future purchase or possession of such devices can subject you to prosecution as well.*

The Gun Control Act, Title 18 U.S.C. Section 921(a)(24) defines the term "silencer" as:

"...any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for use in assembling or fabricating a firearm silencer or firearm muffler, and any part intended only for use in such assembly or fabrication."

Title 26 U.S.C. Sections 5845(a)(7) & 5861(d) make it unlawful for anyone to possess a silencer as defined in Title 18 U.S.C. Section 921 that is not registered in accordance with the provisions of the NFA. Therefore, you cannot lawfully possess a silencer without first being a special occupational taxpayer and having the silencer registered in the NFRTR.

*Immediately contact your local ATF office at within 30 days of receipt of this letter to coordinate the abandonment of any silencers. Any future purchase or possession of such devices can subject you to prosecution as well.*

Keith Krolczyk
Acting Special Agent in Charge