# **EXHIBIT A**

# Your Silencer Shop order confirmation

**From:** Silencer Shop <sales@silencershop.com>
**To:** speedness@gmail.com
**Date:** Tue, 16 Feb 2021 00:43:51 -0500



Hatchet Speed,

Thank you for your order from Silencer Shop. Once your package ships we will send you a tracking number. You can check the status of your order by logging into your account.

If you have questions about your order, you can email us at sales@silencershop.com.

## Your Order #002598031

Placed on February 15, 2021 at 11:43:50 PM CST

### Billing Info

Hatchet Speed

Vienna, Virginia,
United States
T: 8016154245

### Shipping Info

Hatchet Speed

Vienna, Virginia,
United States
T: 8016154245

### Payment Method

Credit Card

**Credit Card Type**  Visa
**Credit Card Number**  XXXX-2284

### Shipping Method

Shipping - Free

| Items | Qty | Price |
|---|---|---|
| **Gemtech Lunar 45**<br>SKU: GEMTECH LUNAR-45-GEMTECH PISTON-GM45-45-1/2-28<br><br>*Add An Extra Piston*<br>9mm - 1/2x28<br>Pickup Location: HERNDON ARMS | 1 | $844.00 |
| **Griffin Armament Resistance 45**<br>SKU: Griffin Resistance 45-Griffin GAR91624<br><br>*Add A Piston*<br>40cal - 9/16x24<br>Pickup Location: HERNDON ARMS | 1 | $761.40 |
| **Dead Air Wolfman**<br>SKU: DA WOLFMAN<br><br>Pickup Location: HERNDON ARMS | 1 | $839.00 |
| **Gemtech Lunar 9**<br>SKU: GEMTECH LUNAR-9<br><br>Pickup Location: HERNDON ARMS | 1 | $649.00 |
| **NFA Tax Stamp**<br>SKU: Tax Stamp | 4 | $820.00 |

|  |  |
|---|---|
| Subtotal | $3,913.40 |
| Shipping & Handling | $0.00 |
| VA STATE TAX (4.3%) | $133.01 |
| VA COUNTY TAX (1%) | $30.93 |
| VA SPECIAL TAX (0.7%) | $21.65 |
| Tax | $185.60 |
| ASA Donation | $10.00 |
| **Estimated Total** | **$4,109.00** |



512-931-4556 | Mon - Fri 9 AM to 6 PM CST | www.silencershop.com

Silencer Shop 13729 Research Blvd., STE 630 Austin, Texas 78750, United States