# **EXHIBIT B**

# Order Update - Tax stamp cashed

| | |
|---|---|
| **From:** | Silencer Shop Sales <sales@silencershop.com> |
| **To:** | speedness@gmail.com |
| **Date:** | Thu, 11 Mar 2021 14:30:41 -0500 |

 

Greetings from Silencer Shop!

Just a quick note letting you know that your application was received by the ATF and the payment for your tax stamp(s) was cashed on **3/10/2021** for order 2598031.

### Item(s)

**DEAD AIR**

DEAD AIR WOLFMAN (Qty: 1)

*Serial Number: WM9-10699*

**GEMTECH**

GEMTECH LUNAR 9 (Qty: 1)

*Serial Number: S20-005872*

**GEMTECH**

GEMTECH LUNAR 45 (Qty: 1)

*Serial Number: S20-005515*

| GEMTECH - GEMTECH LUNAR 45 | |
|---|---|
| GRIFFIN ARMAMENT - GRIFFIN ARMAMENT RESISTANCE 45 | GRIFFIN ARMAMENT<br><br>GRIFFIN ARMAMENT RESISTANCE 45 (Qty: 1)<br><br>Serial Number: R45-0908 |

For many people, the best way to pass the time waiting for their approval is to just forget about it, but we realize that can be hard.

If you do decide to check with the NFA branch for the status of your transfer, you can contact them using the instructions on this page in a few weeks. (You can also track the forms we're currently getting back on this page.)

Your dealer 'HERNDON ARMS' in HERNDON, VA, will let you know as soon as they receive the Form 4 approval.

If you'd like to track your approval time and see how long it's taking others in the NFA community to get their approvals, feel free to create an account on NFA tracker and use the date the tax stamp is cashed to track your approval time. http://www.nfatracker.com/nfa-transfer-time-tracking/

If you have any questions, please don't hesitate to contact us.

Thanks for choosing Silencer Shop!

  

Silencer Ownership Simplified        SilencerShop.com        (512) 931-4556