# **EXHIBIT C**

## Your Hawk Innovative Tech order has been received!

| | |
|---|---|
| From: | hawkinnovativetech <contact@hawkinnovativetech.com> |
| To: | speedness@gmail.com |
| Date: | Wed, 17 Mar 2021 22:43:17 -0400 |
| Attachments: | invoice_26015.pdf (364.71 kB) |

# Thank you for your order

Hi Hatchet,

Just to let you know — we've received your order #26015, and it is now being processed:

### [Order #26015] (March 17, 2021)

| Product | Quantity | Price |
|---|---|---|
| Titanium B Size Particulate Filters - 3/8" (9mm) | 1 | $330.86 |
| Aluminum B Size Particulate Filters - 7/16" (.45) | 1 | $170.89 |
| Standard Adapters - 13/16-16 to 5/8-24 Stainless | 1 | $16.54 |
| Hybrid D Size Particulate Filters - 1/4" (.223/5.56) | 1 | $311.31 |
| EZ Connect Diffuser Adapter - 1/2-28 | 1 | $57.89 |
| Subtotal: | | $887.49 |
| Shipping: | | Free Shipping |

| Product | Quantity | Price |
|---|---|---|
| Tax: | | $0.00 |
| Payment method: | | Credit Card |
| Total: | | $887.49 |

**Billing address**

Hatchet Speed

Vienna, VA

[8016154245](#)

speedness@gmail.com

**Shipping address**

Hatchet Speed

Vienna, VA

Thanks for using www.hawkinnovativetech.com!



hawkinnovativetech

**HAWK INNOVATIVE TECH**

**From Address:**
Hawk Innovative Tech
PO Box 97
Bowdon, GA, 30108
United States (US)

**INVOICE: 26015**
**Order No: 26015**
Invoice Date: 17/Mar/2021
Date: 03/17/2021
Email: speedness@gmail.com
Shipping Method: Free Shipping

**Billing Address:**
Hatchet Speed

Vienna, VA,
United States (US)

**Shipping Address:**
Hatchet Speed

Vienna, VA,
United States (US)

| Image | SKU | Product | Quantity | Price | Total Price | [wfte_product_table_tax_item_column_label] |
|---|---|---|---|---|---|---|
|  | TB3/8 | Titanium B Size Particulate Filters - 3/8" (9mm) B Size : 9mm-b-size-tb-hb-solvent-trap-filter | 1 | $330.86 | $330.86 |  |
|  | AB7/16 | Aluminum B Size Particulate Filters - 7/16" (.45) B Size Aluminum : 45 | 1 | $170.89 | $170.89 |  |
|  | BA5/8-24RHSS | Standard Adapters - 13/16-16 to 5/8-24 Stainless Adapters : 13-16-16-to-5-8-24-stainless | 1 | $16.54 | $16.54 |  |
|  | HD1/4 | Hybrid D Size Particulate Filters - 1/4" (.223/5.56) D Size HD/TD : 223-5-56 | 1 | $311.31 | $311.31 |  |
|  | FH1/2-28 | EZ Connect Diffuser Adapter - 1/2-28 Muzzle Diffuser : 1-2-28 | 1 | $57.89 | $57.89 |  |
|  |  |  |  |  | **Subtotal** | $887.49 |
|  |  |  |  |  | **Shipping** | Free Shipping |
|  |  |  |  |  | **Payment Method** | Credit Card |
|  |  |  |  |  | **Total** | $887.49 |