# **EXHIBIT D**

File Number: ▮
Task ID: ▮

| | |
|---|---|
| UCE: | [laughs] |
| HS: | That steak, every bite of it, like . . . It was well d—It was—Yeah-- |
| UCE: | [OV] Yeah. |
| HS: | They did a good job. [clears throat] |
| UCE: | Good. |
| | [pause in conversation, ambient sounds] |
| UCE: | So is that foldable, is that your Sig, you said? Is it a Sig pistol? |
| HS: | It's a—it's a—it—it's a pistol. It's a—it's a short barrel. |
| UCE: | Okay. |
| HS: | You know, so I bought it as a pistol. |
| UCE: | Yeah. Yeah. It's a good way to get around that, you know? |
| HS: | Yeah. |
| UCE: | I have—I have, like, um, couple—few pistols, b-bunch of rifles. Um, again, like you, haven't been out shooting with it. |
| HS: | Right. |
| UCE: | You know? And so . . . I was YouTubing, uh, , people were making—uh—uh—people were selling, uh, solvent, like, oil filters. |
| HS: | Solvent traps. |
| UCE: | Yeah. |
| HS: | Yeah. |
| UCE: | A way to—to circumvent suppressors. |
| HS: | I could—I—I bought a couple of those. You have to . . . They—they don't—they don't have a hole. |
| UCE: | Okay. |
| HS: | So you have to, like, bore a hole, which I haven't done. |

File Number:
Task ID:

| | |
|---|---|
| UCE: | Oh really? |
| HS: | Yeah. |
| UCE: | Okay. |
| HS: | But the idea is to get everything except that, and then you as—you get a good drill press, and you know you're doing, just drill straight through. |
| UCE: | Oh really? On, uh, that YouTube vid—they were showing, like, it was like--like a, uh, suppressor. |
| | [sound of items being placed on table] |
| HS: | Yeah. Because it's—yeah, they call it a solvent trap. It's-- |
| UCE: | [OV] Sol—solvent trap? |
| HS: | Yeah. |
| UCE: | Yeah. Yeah, I see those, almost like, um, the SB—the SBA3s, you know, the, uh, form grips? |
| HS: | Yeah. |
| UCE: | I s-see those as, uh, those, you know, as a way to, uh, get something. |
| HS: | Yeah. |
| UCE: | You know? So . . . Check that out. |
| HS: | One thing is [sound of item being placed on table] if—if you drill it and you don't submit the Form One, then now you're a felon-- |
| UCE: | Yeah. |
| HS: | So that's, like—not just that, but I also don't have a drill press. |
| UCE: | Yeah. |
| HS: | Um, but I've—I've got—I figure, at least I'm closer. If I do ever need to use it, all I have to do is find somebody with a drill press. |
| UCE: | Yeah. Yeah, uh. Yeah, on YouTube they—they didn't mention anything about that. |

206

File Number:
Task ID:

| | |
|---|---|
| HS: | And maybe some of them sell it with the hole. I-I just know the ones I got-- |
| UCE: | Yeah. |
| HS: | --were . . . |
| UCE: | Interesting. And then looking, again, maybe a potential, a little 22 [sound of item being placed on table], a-- |
| HS: | [clears throat] |
| UCE: | --Glock 44, then to be able to silence on that, too. That'd be super quiet. |
| HS: | Yeah. |
| UCE: | You know? |
| HS: | Yeah. |
| UCE: | So I'm still debating on that—if I can do that or not. You know? |
| HS: | [OV] I think that's a good idea. |
| UCE: | Uh, just to have it. Because the next three years-ish make me nervous. |
| HS: | Yeah. |
| UCE: | You know? And I c—and I can't see why people can't see that. |
| HS: | Yeah. |
| UCE: | [OV] Uh-- |
| HS: | [OV] Every—everyone is just kind of [UI]. |
| UCE: | Yeah. Th-they don't care, complacent, figure, "Eh, it'll get better, get better, get better." And slowly it—chipping away. Chipping away. In 20 y—20 years down the road you're like, "What just happened?" |
| HS: | Yeah. |
| UCE: | Because, like, my—my new little, law, and the nationwide mandate, keep chipping away, you know? And you get back, and th-those who, you know, Rudolph was saying, you know? We would not tolerate the little shadow fights. Like in 50 years or 60 years. You know, it's a team right now, you know? |