# **EXHIBIT E**

File Number:
Task ID:

| | |
|---|---|
| UCE: | Th-those—those solvent traps, can you get more than one round through them, and they still stay quiet, or . . . |
| HS: | Yeah. |
| UCE: | You can? |
| HS: | Um, I—h—I have to test and see the—but yeah, uh, they stay quiet. |
| UCE: | What's the, um . . . Where can I buy one at? Are they online? |
| HS: | The—um, Vienna Arsenal has them, just—but-- |
| UCE: | [OV] They do? |
| HS: | [OV] --but you can also get them online. Um . . . |
| UCE: | You're probably—you're probably better to get them on—in person, no? To kind of-- |
| HS: | [OV] I would-- |
| UCE: | You know? |
| HS: | --I-I would think so. Uh-- |
| UCE: | [OV] Yeah. |
| HS: | But, uh, yeah. Um, yeah, th-th-they sell them—they sell them there. And—and—and—and if you could go to Vienna Arsenal or anyplace that-- |
| UCE: | [OV] Yeah. |
| HS: | [OV] --has them, they know why people are buying them, so you can just—like, you can just point to them and just ask them to explain it to you, and they'll say, "Okay." |
| UCE: | Yeah. |
| HS: | "If you do this and this" and then you have to have a form on there. Of course, they're—they're—they're giving you the—the legal version, which they have to do. |

323

File Number: ▮
Task ID: ▮

| | |
|---|---|
| UCE: | Yeah, correct. |
| HS: | And you don't have to—they know that you're—why you're doing it. |
| UCE: | Yeah. |
| HS: | [OV] Uh, you don't have to say, uh, what's it for. |
| UCE: | [OV] Yeah. |
| HS: | "Sounds good." You know? |
| UCE: | [OV] Yeah. So are they pretty quiet? Like, sh—have you shot yours yet? |
| HS: | I haven't, no. No. |
| UCE: | Okay. Yeah, that's a good way. |
| HS: | Yeah. |
| UCE: | [OV] It's always good to have a-a plan, you know? Because once you need it, it's too late. |
| | [sound of items being placed on table] |
| HS: | Yeah. Yeah. So . . . |
| | [pause in conversation, ambient sounds] |
| UCE: | The pizza getting cold? |
| HS: | What's that? |
| UCE: | The pizza getting cold? |
| HS: | Oh, well, I'm full, which is-- |
| UCE: | [OV] Okay. |
| HS: | [OV] And I figured I w—I would only eat about half of it, but I wanted to . . . |
| UCE: | You have dinner. |
| HS: | Exactly. |
| UCE: | It's a smart move. |

324

File Number: 
Task ID:

| | |
|---|---|
| HS: | Yeah. |
| UCE: | Yeah, I'll try to read this book in the next couple weeks, man, and, uh-- |
| HS: | Yeah. |
| UCE: | --get it back to you. Hopefully it'll be nicer out. I mean, I want to go outside. I'm so sick of this, uh, cold, wet, rainy weather. |
| HS: | [laughs] |
| UCE: | I just want to go outside. I went for a run again. |
| HS: | [OV] Oh, there's-- |
| UCE: | [OV] Or maybe a hike. You think y-you feel good enough to go for a hike? |
| | [sounds of items being moved] |
| HS: | No. |
| UCE: | Let me get that for you. |
| HS: | Thanks. No, absolutely not. |
| UCE: | This a magnet? I think the magnet failed you. |
| | [pause in conversation, ambient sounds] |
| UCE: | So—so you said Vienna Arsenal has them? |
| HS: | Yeah. |
| UCE: | And if I ask for a solvent trap, they'll know exactly what I'm talking about? |
| HS: | Um, I'm not sure if they-- |
| UCE: | [OV] Or they call them some-- |
| HS: | [OV] --call them that or if they call them something else, but they'll—they'll—they'll be in the—in the window w—n-near all the pistols. |
| UCE: | Yeah. Is there one company better than another company? |

325

File Number: ▮
Task ID: ▮

| | |
|---|---|
| HS: | Probably, but I don't know. |
| UCE: | Okay. What company do you have? |
| | [sound of items being moved around] |
| HS: | I forgot what they were, because I bought them online and then I—afterwards—because I didn't realize at the time that Vienna had, uh-- |
| UCE: | [OV] Oh, really? |
| HS: | Yeah. I forget that site I went to. [pause] Yeah, I can't remember. |
| UCE: | Mm. |
| HS: | I mean, they—th-they seem like good quality. |
| UCE: | Yeah. |
| HS: | Um, yeah. |
| UCE: | So if—so as they are, with the hole in them, you're good to go? But as soon you drill—do you have to d—okay, so before, do you drill the hole? Do you have to do your form, whatever, first? |
| HS: | M-hum. |
| UCE: | Okay, so you got to do the form. What—what form is it? |
| HS: | It's like a Form One, I think. |
| UCE: | Form One first. And why is that? |
| HS: | Um, well, so that's—that's to make it legal, like . . . So, essentially what you're doing at that point is you are saying, "Rather than buying a suppresser, I am making one, and here is my ATF paperwork." |
| UCE: | Okay. |
| HS: | So the idea is that—that would be the legal way of doing it, you know. If you forget to fill out Form One, nobody ever finds you on the form. |
| UCE: | Yeah. So you have to do that before you drill it though? |
| HS: | Well-- |

326

File Number:
Task ID:

UCE: [OV] Or after?

HS: [OV] --well, I mean--

UCE: [OV] Because before you drill, it's not a-a thing yet.

HS: Well, you have to do it before because--

UCE: [OV] In case you get—you get--

HS: [OV] --n-now approval--

UCE: [OV] –possession. Yeah, yeah, you have to get approval to make it. It makes sense. Makes sense. Is it . . . Because it's fascinating to me. So depending on your drill bit size—your drill bit size is dependent on what caliber you have or how does that work? Uh, you--

[sound of items being moved]

HS: So, you—you buy it sized for a particular caliber, um--

UCE: Yeah.

HS: --but then yes, your drill--

UCE: [OV] M-hum.

HS: --your drill bit has to be the right size--

UCE: Yeah.

HS: --to drill.

UCE: Okay. I'll look into that. Yeah, I'll just g--

HS: [OV] And I haven't figured that detail out. I just figure when I want to figure that detail out, it will be easier to figure out the drill bits and whatnot. If that's all I have to figure out then everything is--

UCE: [OV] Yeah. Yeah. And at—at the end of the day, you already have it, so if you do drill it, who's going to—who's—who's going to know, you know? So . . . That's good. That's good. I like it. [pause] Is there a n—yeah, I'll look into it.

UF4: So are the checks going to be separate?

UCE: S-separate.

327