# **EXHIBIT F**

File Number: [redacted]
Task ID: [redacted]

| | |
|---|---|
| UCE: | Yeah. |
| HS: | --a-and their children, they got them in their sights and they're about to pull the trigger, they're not going to pull the trigger-- |
| UCE: | Mm. |
| HS: | --because they're Christians, and they've been taught. |
| UCE: | Yep. |
| HS: | Right? |
| UCE: | [OV] Yep. |
| HS: | [OV] And they're not sure of what's going on. So that's where—even if a Christan, like . . . A-and it's not accidental. Christian churches are teaching people to be pacifistic. |
| UCE: | M-hum. |
| HS: | Because they've been—they've—they've been taken over. |
| UCE: | Yeah. |
| HS: | We got to s—we got to overcome-- |
| UCE: | [OV] Yeah. |
| HS: | [OV] --that, and that's going-- |
| UCE: | [OV] Yeah. |
| HS: | [OV] --to take a lot of work. |
| UCE: | Yeah. I mean, I'm sure. Are you sure? I'm sure. |
| HS: | I'm sure about certain people, and I n—and I—and I-I [pause] I need to figure out—what—what worries me-- |
| UCE: | Mm. |
| HS: | Is that the people I'm sure of, like George Soros. Let's—let's say I'm say I'm sure about George Soros. Well, when am I ever going to have the opportunity to like-- |

316

File Number:
Task ID:

| | |
|---|---|
| UCE: | Yeah. |
| HS: | You know what I'm saying? What I need to be sure of is people in my neighborhood. People that are actually, uh, reachable by someone like me. |
| UCE: | Yeah. |
| HS: | People who don't have bodyguards. People who don't have intel organizations helping them out. |
| UCE: | Like the ADL you're talking about? |
| HS: | Yeah. You know? And they're—they're pretty high up. But—but that's the other thing, right? |
| UCE: | Yeah. |
| HS: | You know? Like, people that I can reach. |
| UCE: | Yeah. |
| HS: | And the farther down they are on the chain, the less sure I become, which is my deficiency. Like, I recognize-- |
| UCE: | [OV] Yeah. |
| HS: | --that. Um, and—and I'm still working through how I figure that out. Like, I even thought, "Maybe I'll do like a—like a-a mock trial just where I write down the arguments for and against, and—and—and come to a decision, then say, okay, now this person . . ." |
| UCE: | [OV] For yourself, yeah. |
| HS: | [OV] For myself. Say, "Now-- |
| UCE: | [OV] Yeah. |
| HS: | --I can put this person on the list and I know I'm sure." |
| UCE: | Mm. |
| HS: | You know, because . . . Yeah. I don't know. |
| UCE: | You think at that point your—uh—your solvent traps would come in handy? |

317

File Number: 
Task ID:

| | |
|---|---|
| HS: | My what? |
| UCE: | Your salvent—your solvent traps would come in handy at that point? |
| HS: | Yeah. Yeah, that's the idea. |
| UCE: | Yeah. |
| HS: | You know? |
| UCE: | Yeah. No, I get it, man. |
| HS: | But . . . Because I—because I-I-I really want to start . . . You know, because, you know, like you, I-I deployed a few times, but here's my life-- |
| UCE: | M-hum. |
| HS: | --carrying a weapon around everywhere I went. |
| UCE: | Yeah. |
| HS: | I never killed anybody. |
| UCE: | M-hum. |
| HS: | I'm tired of my whole life . . . Here's the thing, like, I-I saw this years ago and I never—I never saw it in context until recently, but people always talked about how, "Oh, jihadists are so dumb. They don't realize that no matter what they do, like, if you—if they kill themselves and take out people, like, what does that . . ." Like, actually, it's a very, very smart way of doing it because there are way more Muslims than there are Christians, so if each Muslim takes out three Christians, you could completely wipe out Christianity from the earth, and most Muslims would still be around then. |
| UCE: | Yeah. |
| HS: | Uh, just doing the numbers, it works really well. |
| UCE: | Yeah. |
| HS: | Which is why they keep doing it, and it's very effective. |
| UCE: | Yeah. |

318

File Number:
Task ID:

| | |
|---|---|
| HS: | We need to look at it that way, too. We need to say, "Look . . ." I mean, two percent of this population is Jewish. |
| UCE: | It's that low? Two percent? |
| HS: | Two percent, yeah. |
| UCE: | Wow. I thought it was a lot higher because they're everywhere. |
| HS: | [OV] Be-because they're everywhere, because they're—they're—they control everything. |
| UCE: | Wow. |
| HS: | Yeah. Yeah, it's only two percent. |
| UCE: | Do you think here in DC-- |
| HS: | [OV] And so-- |
| UCE: | [OV] --it's probably more? |
| HS: | Oh, absolutely. It's—it's—it's through the roof here in DC. |
| UCE: | Yeah. |
| HS: | Absolutely. |
| UCE: | Yep. |
| HS: | But here's the thing, if you tell—let's say, like, I'm—I-I truly believe i-in—in the—the Three Percenter idea, which is that during the Revolutionary War-- |
| UCE: | Yeah. |
| HS: | --most people weren't doing anything. |
| UCE: | Only three percent would take action. |
| HS: | Only three percent would take action. Now, what if, uh, three percent takes action here, it's us three percent against two percent. |
| UCE: | M-hum. Oh yeah, yeah, that's a good point. |
| HS: | [OV] Do you see what I'm saying? |

319

File Number:
Task ID:

| | |
|---|---|
| UCE: | Yeah, yeah, yeah. |
| HS: | Like, that's the numbers where we can literally win just on the numbers. |
| UCE: | Yeah. |
| HS: | Right? So if we took out—if we take out even one, we've done more than we need to take out. Like, if—if that were to happen, we could just literally take out just one person, one to one, and we're immediately arrested or killed or jailed or whatever-- |
| UCE: | Yeah. |
| HS: | --we would manage to leave one percent of true fighters. We'd wipe out the opposition and leave the entire country free to finally live through that. |
| UCE: | Yep. |
| HS: | You know what I'm saying? |
| UCE: | Yeah. |
| HS: | That's a one-to-one. We can do better than that. |
| UCE: | Yeah. |
| HS: | But what I'm saying is, as soon as we—as soon as we pull our trigger against the fucking person, you will succeed, we'd be done. You have—you have done more than your fair share. |
| UCE: | Yeah. |
| HS: | And that's a victory. |
| UCE: | Yeah. |
| HS: | Whatever happens after that is icing on the cake. |
| UCE: | Yeah. |
| HS: | And so, that—that—that numbers game, like, just take out one here, one there, you know? |
| UCE: | Yeah. |

320