# **EXHIBIT G**









