# **EXHIBIT H**



**HAWK**
Innovative Tech

## D Size Solvent Filter

### What is a Solvent Trap, Solvent Recycler or Solvent Filter?

It is a device attached to the end of a threaded barrel that collects all of the solvent and debris as it is cleaned from the barrel and ejected out the end. It also contains the "spray" associated with brushes exiting the barrel. These may be configured to allow for filtering of used fluid.

### Why is the HIT Solvent Filter better?

The HIT Solvent Filter/Recycler is a legitimate and fully functional filter. It works as designed for the purposes stated. This is a modular system that filters the solvent as it passes through a strainer and a series of increasingly finer mesh screens placed between the compartment separators. Larger debris and particles will be captured in the upper sections allowing for the collection of filtered solvent at the bottom. This allows the collected solvent to be re-used repeatedly until it has lost its effectiveness.
*The solid end cap is designed to double as a solvent cup for further cleaning activities. *A valve cap may be installed in the bottom of the device to aid in draining the solvent. A threaded cap plug may be installed to prevent spills between uses.

The strainer and filter screens are supported by washers or spacer caps that are intended to prevent deflection and allow the solvent to flow through to the lower compartments for collection at the bottom. These spacer caps are designed to funnel and meter the expelled fluid through the center of the trap resulting in better performance and the ability to better inspect the debris. When using spacer caps to prevent screen deflection, care should be taken to ensure that the bore brush or swab does not become lodged when it exits the barrel

### Converting

Converting the HIT Solvent Filter / Recycler into a dry storage tube is accomplished by disassembling the internals, removing the strainer, removing the filter screens, removing the wave spring washer and reassembling the remaining internal components. In order to maintain a tight fit of the internal components, spare parts are available. The threaded cap may be replaced with a spare solid cap or be plugged.

Compartment sizes can be adjusted as needed by rearranging the sequence of the spacers and washers/caps during re-assembly.

### Intent

The HIT solvent Filter/Recycler is designed, manufactured, assembled and sold for the intended purposes as a cleaning device, or as a dry storage container. Any modifications or alterations for purposes other than those stated are not condoned by the seller or manufacturer and are the sole responsibility of the user. The manufacturer and seller are not responsible or liable in any way for misuse of the product.

### Safety

It is the user's responsibility to follow all applicable laws.
Ensure firearms are unloaded prior to cleaning and never attach the filter to a loaded firearm.
For best results, ensure the assembly remains tight at all times.
Use only as intended.
HIT is not responsible for misuse of the product.



hawkinnovativetech.com