# **EXHIBIT I**

Exhibit 2:   HD 1/4 model - Packaging.



Exhibit 2:   Outer body and end-caps.



Exhibit 2:   Internal components (and front end-cap disassembled) to include 6 baffles (1 baffle attached to front end-cap) and 9 spacers (2 spacers attached to front end-cap).



Exhibit 2:   Front end-cap with spare spacers and baffle attached.





Exhibit 2:   Hole drilled in front end-cap with a hand drill (and 9/32" bit) for test firing.  Before (top/right), and after drilling (lower/right).



