| | | |
|---|---|---|
| Date: 11/10/2022 | Judge: Michael S. Nachmanoff | Reporter: Diane Salters |
| Time: 10:00 a.m. | to 10:33 am | |

# UNITED STATES of AMERICA
## Vs.

**Hatchet M. Speed**      **1:22-cr-165**
Defendant's Name     Case Number

Courtney Dixon/S. Quill     Thomas Traxler/ Amanda Lowe
Counsel for Defendant     Counsel for Government

Matter called for:
(✓) Motions     ( ) Setting Trial Date     ( ) Change of Plea Hrg.     ( ) Rule 35
( ) Arraignment     ( ) Appeal from USMC     ( ) Sentencing     ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.     ( ) Pre-Indictment Plea     (✓) Other: Status

Defendant appeared:     (✓) in person     ( ) failed to appear
    (✓) with Counsel     ( ) without counsel     ( ) through counsel

- Defendant's bond requirements (regarding passport) have been met.
- Motion to Dismiss (Dkt. 23)- argued and DENIED without prejudice.
- Trial estimate (2 days)
- Hearing set for 12/7/2022 at 10:00 am for any pretrial issues (jury instructions, objections to exhibits, and outstanding motions).
- Trial Order with dates discussed in Court to follow.

All Exhibits must be filed with the Clerk _____ days prior to trial.
Bond Set at: $_____     ( ) Unsecured     ( ) Surety     ( ) Personal Recognizance

( ) Release Order Entered     ( ) Deft. Remanded     ( ) Deft. Released on Bond     (✓) Deft. Continued on Bond

8/10

Email: _____