UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HATCHET M. SPEED,<br>          *Defendant.* | Case Number 1:22-CR-165 |

ORDER

Before the Court is Defendant's Motion to Dismiss Indictment (Dkt. No. 23). The government filed a response in opposition to defendant's motion (Dkt. No. 24), and the defendant filed a reply (Dkt. No. 26). The parties appeared before the Court on Thursday, November 10, 2022, for oral argument. Having considered the pleadings and arguments of counsel, and for the reasons stated in open court, a transcript of which is available, it is hereby

ORDERED that defendant's Motion to Dismiss Indictment (Dkt. No. 23) is DENIED WITHOUT PREJUDICE.

/s/
Michael S. Nachmanoff
United States District Judge

November 10, 2022
Alexandria, Virginia