| | | | |
|---|---|---|---|
| Date: 12/7/2022 | Judge: Michael S. Nachmanoff | Reporter: Diane Salters | |
| Time: 9:53 a.m. | to 11:51 am | | |

# UNITED STATES of AMERICA
### Vs.

**Hatchet M. Speed**      **1:22-cr-165**
Defendant's Name     Case Number

Courtney Dixon/Brooke Rupert     Thomas Traxler/ Amanda Lowe
Counsel for Defendant     Counsel for Government

Matter called for:
( ) Motions    ( ) Setting Trial Date    ( ) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment    ( ) Appeal from USMC    ( ) Sentencing    ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.    ( ) Pre-Indictment Plea    (✓) Other: Status

Defendant appeared:    (✓) in person    ( ) failed to appear
                       (✓) with Counsel    ( ) without counsel    ( ) through counsel

- Court requests that parties appear at 9:00 am on December 12, 2022 with jury selection to begin at 9:30 am.
- Proposed Jury Instructions not in dispute-ADOPTED.
- Govt's Disputed Jury Instructions (Dkt.54)-OVERRULED regarding 1-3.
- Defense's objection to govt's instruction No.4-TAKEN UNDER ADVISEMENT (defer to 3rd Circuit Model).
- Govt's objection to defense's jury instructions A-E (Dkt.49)-SUSTAINED.
- Motion in Limine (Dkt. 37)-Granted in Part and Denied in Part.
    1. Limited evidence regarding January 6 is admissible
- Motion in Limine (Dkt. 42)-Granted in Part and Denied in Part.
- Def's Objections to Govt's Exhibits (Dkt.53)-OVERRULED (as to Ex Nos. 1B,1E,16,38-43).
    1. (Regarding Ex. Nos. 3A and 3E) Court directs Defendant to identify and submit limited redactions to transcript by 12/8/22 at 12:00pm.
- Govt's Objections to Def's Exhibits (Dkt.48)-SUSTAINED (as to Ex. Nos. 1,1A,1G,2,11,9-10,12-13)
- Sealed Motion for Protective Order- GRANTED
- Any issues regarding Voir Dire, remaining exhibits to be addressed prior to trial on 12/12/2022

All Exhibits must be filed with the Clerk _____ days prior to trial.
Bond Set at: $_____    ( ) Unsecured    ( ) Surety    ( ) Personal Recognizance

( ) Release Order Entered    ( ) Deft. Remanded    ( ) Deft. Released on Bond    (✓) Deft. Continued on Bond

Email: _____