IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case Number 1:22-cr-165 |
| ) | |
| HATCHET M. SPEED, ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

Upon consideration of the Government's Motion in Limine to Admit and a review of the exhibits attached thereto, it is hereby

ORDERED the motion is GRANTED; and it is further

ORDERED that the government may introduce the recording and transcript reflected in Exhibit A to the government's motion, with the highlighted portions redacted. The Court finds that the exhibit is relevant to the defendant's knowledge and intent in purchasing and possessing the devices at issue, and any potential prejudice is outweighed by the highly probative nature of these exhibits.

_____
The Honorable Michael S. Nachmanoff
United States District Judge

Date: _____
Alexandria, Virginia