# EXHIBIT B

Date of Audio Recording   4/7/2022

Speakers:

Undercover employee    UCE
Hatchet Speed          HS


HS:     [redacted]

UCE:    [redacted]

HS:     [redacted]

UCE:    [redacted]

HS:     We got to s—we got to overcome--

UCE:    [OV] Yeah.

HS:     [OV] --that, and that's going--

UCE:    [OV] Yeah.

HS:     [OV] --to take a lot of work.

UCE:    Yeah. I mean, I'm sure. Are you sure? I'm sure.

HS:     I'm sure about certain people, and I n—and I—and I-I [pause] I need to figure out—what—what worries me--

UCE:    Mm.

HS:     [redacted]

UCE:    [redacted]

HS:     [redacted]

UCE:    [redacted]

GOVERNMENT EXHIBIT 3E 1:22-CR-165

| | |
|---|---|
| HS: | [REDACTED] |
| UCE: | [REDACTED] |
| HS: | [REDACTED] |
| UCE: | [REDACTED] |
| HS: | [REDACTED] |
| UCE: | [REDACTED] |
| HS: | And the farther down they are on the chain, the less sure I become, which is my deficiency. Like, I recognize-- |
| UCE: | [OV] Yeah. |
| HS: | --that. Um, and—and I'm still working through how I figure that out. Like, I even thought, "Maybe I'll do like a—like a-a mock trial just where I write down the arguments for and against, and—and—and come to a decision, then say, okay, now this person . . ." |
| UCE: | [OV] For yourself, yeah. |
| HS: | [OV] For myself. Say, "Now-- |
| UCE: | [OV] Yeah. |
| HS: | --I can put this person on the list and I know I'm sure." |
| UCE: | Mm. |
| HS: | You know, because . . . Yeah. I don't know. |
| UCE: | You think at that point your—uh—your solvent traps would come in handy? |
| HS: | My what? |
| UCE: | Your salvent—your solvent traps would come in handy at that point? |
| HS: | Yeah. Yeah, that's the idea. |
| UCE: | Yeah. |

| HS: | You know? |
| UCE: | Yeah. No, I get it, man. |
| HS: | But . . . Because I—because I-I-I really want to start . . . You know, because, you know, like you, I-I deployed a few times, but here's my life-- |
| UCE: | M-hum. |
| HS: | --carrying a weapon around everywhere I went. |
| UCE: | Yeah. |
| HS: | I never killed anybody. |
| UCE: | M-hum. |
| HS: | [redacted] |
| UCE: | [redacted] |
| HS: | [redacted] |
| UCE: | [redacted] |
| HS: | [redacted] |
| UCE: | [redacted] |
| HS: | [redacted] |
| UCE: | [redacted] |

HS: [OV] 
UCE:
HS:
UCE:
HS:
UCE:
HS:
UCE:
HS:
UCE:
HS:
UCE:
HS:
UCE:
HS:
UCE:
HS:
UCE:
HS:
UCE:
HS:

| | |
|---|---|
| UCE: | [redacted] |
| HS: | [redacted] |
| UCE: | [redacted] |
| HS: | [redacted] |
| UCE: | [redacted] |
| HS: | [redacted] |
| UCE: | [redacted] |
| HS: | But what I'm saying is, as soon as we—as soon as we pull our trigger against the fucking person, you will succeed, we'd be done. You have—you have done more than your fair share. |
| UCE: | Yeah. |
| HS: | And that's a victory. |
| UCE: | Yeah. |
| HS: | Whatever happens after that is icing on the cake. |
| UCE: | Yeah. |
| HS: | And so, that—that—that numbers game, like, just take out one here, one there, you know? |
| UCE: | Yeah. |
| HS: | Maybe every few months, you know? |
| UCE: | [OV] Yeah. |
| HS: | [OV] It doesn't necessarily have to be a full-time thing. It's like, but we're doing something-- |
| UCE: | Yeah. |

| | |
|---|---|
| HS: | --that's going to have a big impact. |
| UCE: | Oh, I get it. Yeah. |
| HS: | [OV] Yeah, if you take them out in a way—what I really [UI] all right, kidnaping is harder . . . |
| UCE: | I can't-- |
| HS: | [OV] I think kidnappings are harder, but I-- |
| UCE: | [OV] Kid—kidnapping is hard-- |
| HS: | [OV] Kidnappings are harder than killing people-- |
| UCE: | |
| HS: | |
| UCE: | |
| HS: | |
| UCE: | |
| HS: | |
| UCE: | |
| HS: | |
| UCE: | |
| HS: | |
| UCE: | |
| HS: | |

UCE:

HS:

UCE:

HS:

UCE:

HS:

UCE:

HS:

UCE:

HS:

UCE:

HS: