IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 1:22-cr-165 |
| v. | ) | |
| | ) | Hon. Michael S. Nachmanoff |
| HATCHET M. SPEED, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Upon consideration of the Government's Motion in Limine to Preclude Testimony and Evidence Regarding Vienna Arsenal (the "Motion"), and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED;

ORDERED that the defendant, Hatchet Speed, is precluded from eliciting testimony or introducing evidence regarding "solvent traps" sold at Vienna Arsenal.

It is SO ORDERED.

Alexandria, Virginia  
January ____, 2023

The Honorable Michael S. Nachmanoff  
United States District Judge