IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 1:22-CR-165 |
| | ) | Hon. Michael S. Nachmanoff |
| **HATCHET M. SPEED,** | ) | Trial: January 17, 2023 |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S PROPOSED JURY INSTRUCTIONS

Defendant, Hatchet M. Speed, respectfully requests that the Court include the following instructions in its charge to the Jury.

Respectfully Submitted,

**HATCHET SPEED**
by counsel:

Geremy C. Kamens
Federal Public Defender for the
Eastern District of Virginia

by: /s/_____
Brooke Rupert
VA Bar No. 79729
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0800
Facsimile: (703) 600-0880
brooke_rupert@fd.org

Courtney Dixon
*Pro hac vice*
DC Bar No. 1766415
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0800
Facsimile: (703) 600-0880
courtney_dixon@fd.org

## **DEFENDANT'S PROPOSED DISPUTED JURY INSTRUCTION NO. A**

### The Essential Elements of the Offense Charged

In order to sustain its burden of proof for the crime of possession of an unregistered firearm silencer under 26 U.S.C. § 5861(d) as charged in Counts One to Three of the indictment, the government must prove the following four essential elements beyond a reasonable doubt:

(1) The defendant knew he possessed the object;

(2) The defendant knew the object was a silencer;

(3) As designed or redesigned, the silencer was capable of operating to diminish the report of a portable firearm; and

(4) The silencer was not registered to the defendant in the National Firearms Registration and Transfer Record.

Adapted From: Eighth Circuit Model Jury Instruction § 6.26.5861." *United States v. Dukes*, 432 F.3d 910, 915 (8th Cir. 2006).