IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
IN OPEN COURT
JAN 18 2023
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

HATCHET M. SPEED,
        *Defendant.*

Crim. No. 1:22-cr-165

## VERDICT FORM

As to **Count One**—unlawful possession of an unregistered firearm (to wit: a silencer, as defined in section 921 of Title 18 of the United States Code)—we, the jury, unanimously find the defendant, Hatchet M. Speed:

Not Guilty \_\_\_\_\_      Guilty __X__

As to **Count Two**—unlawful possession of an unregistered firearm (to wit: a silencer, as defined in section 921 of Title 18 of the United States Code)—we, the jury, unanimously find the defendant, Hatchet M. Speed:

Not Guilty \_\_\_\_\_      Guilty __X__

As to **Count Three**—unlawful possession of an unregistered firearm (to wit: a silencer, as defined in section 921 of Title 18 of the United States Code)—we, the jury, unanimously find the defendant, Hatchet M. Speed:

Not Guilty \_\_\_\_\_      Guilty __X__

\\
\\
\\



So say we all on this 18 day of January, 2023.

                                                Foreperson (signature)

                                                Foreperson (printed)

Case 1:22-cr-00165-MSN   Document 141   Filed 01/18/23   Page 3 of 3 PageID# 2488