IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )     Case No. 1:22-cr-00165-MSN |
| | )     Hon. Michael S. Nachmanoff |
| HATCHET M. SPEED, | ) |
| *Defendant.* | ) |

## NOTICE OF SUPPLEMENT

The defendant, Hatchet M. Speed, by counsel, submits this notice and the

attached exhibits to supplement the defendant's Motion for New Trial, filed on

March 6, 2023.  ECF No. 146.

Respectfully submitted on March 14, 2023.

**HATCHET SPEED**
by counsel:

Geremy C. Kamens
Federal Public Defender for the
Eastern District of Virginia

by: /s/ *Courtney Dixon*
Courtney Dixon
*Pro hac vice*
DC Bar No. 1766415
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0800
Facsimile: (703) 600-0880
courtney_dixon@fd.org

Brooke Rupert
VA Bar No. 79729
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0800
Facsimile: (703) 600-0880
brooke_rupert@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March 2023, I electronically filed the foregoing with the Clerk of court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas W. Traxler
Amanda Lowe

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the forgoing pleading will be delivered to Chambers within one business day of the electronic filing.

/s/ *Courtney S. Dixon*
Courtney S. Dixon
Assistant Federal Public Defender