| | |
|---|---|
| **From:** | Traxler, Thomas (USAVAE) |
| **To:** | Courtney Dixon; Brooke Rupert |
| **Cc:** | Lowe, Amanda (USAVAE) |
| **Subject:** | United States v. Hatchet Speed, No. 1:22-CR-165 |
| **Date:** | Friday, January 6, 2023 5:39:05 PM |
| **Attachments:** | Email re Hatchet Speed Notes_Redacted.pdf |

Counsel:

The government received the attached email from a juror in the last trial. Consistent with Local Criminal Rule 24(C), the government has not interviewed, examined, or questioned the juror with respect to the verdict or deliberations.

We advised the Court of the communication from the juror, and the Court informed us that it was appropriate to share this communication with you. I have attached the email here. Pursuant to the juror's request, we have redacted the juror's name and email address. The juror expressed safety concerns in disclosing his/her name.

Best,
Tommy

Thomas W. Traxler
Assistant United States Attorney
U.S. Attorney's Office for the Eastern District of Virginia 2100 Jamieson Avenue
Alexandria, Virginia 22314
O: (703) 299-3746 | C: (703) 470-9013
thomas.traxler@usdoj.gov