# EXHIBIT B

**Speed to R▮▮▮**

Exhibits from Phone

**R▮▮▮** (MR) — 1/6/2021 4:07:03 PM:
People are talking in the halls saying "they're just trying to start a civil war." I'm guessing that's an exaggeration.

**Speed** (HS) — 1/6/2021 4:14:38 PM:
Well, if they steal the election, that's the only other place to go. We came on the day of the count to out pressure on congress to do the right thing, because if they don't they won't like what happens next.

**Speed** (HS) — 1/6/2021 4:15:20 PM:
This is bigger than Trump. If they steal the presidency, the country is gone

Government Exhibit
US v Hatchet Speed
22-cr-00244

411