# EXHIBIT C

**From:** Speed
**To:** R████ W████
**Subject:** Re: Yo
**Date:** Saturday, January 23, 2021 2:29:15 PM

About anything in particular, or just the coup in general? They're lying low, letting all the conservatives who criticized the events of the 6th learn for themselves that surrendering to the communists will only mean more violence.

Conservatives need to overcome their aversion to direct action, but we can't take that journey for them. We'll see how much oppression they need to experience before they wake up.

On Sat, Jan 23, 2021, 13:51 R████ W████ <████████@gmail.com> wrote:
> What are the PB's saying?

Government Exhibit
US v Hatchet Speed
22-cr-00244

526