# **EXHIBIT D**

**From:** Speed
**To:** A▌ S▌
**Subject:** Re: Military mumbo jumbo
**Date:** Thursday, December 10, 2020 11:11:29 PM

Hey A▌

Man, that's a big step to leave the military. I'm sure it'll be better to do it on your own terms then end up out on your ear when they make the vaccine mandatory, but what a life change.

Thanks for the doc. I don't buy the 'opt-out' option for the vaccine. Yeah, you'll be able to opt-out (at least at first) but they'll come up with rules that only you have to follow, and they'll be designed to shame you and take your freedoms. I don't know what I'm going to do about it when my number is up. I'll certainly opt-out, but then they'll start turning up the heat, and I'll have to decide when to jump out.

I don't particularly enjoy the reserves, they're only a means to a deployment for me. But everytime I consider leaving the service I realize just how much of my self-image is bound up in my status as a member of the Armed Forces. If I leave, I need to replace my military affiliation with something equally meaningful, I can't have a hole like that in my life.

Speaking of which, I recently joined two fraternities. One is the Liminal Order. It was founded by Jack Murphy, who I follow on Twitter, and he's a pretty smart guy. He wrote a book, 'Democrat to Deplorable', which I haven't read but basically he was a Democrat until the 2015 presidential race, and has shifted significantly to the right since. The Liminal Order was founded less than two years ago and now it has about 1000 members, I think, with chapters in every major city.

I joined LO in September, I don't know if I would 'recommend' it yet. The good: a group of people who are concerned with what is happening to this country and are willing to band together and do something about it. The bad: A lot of them were recently Democrats, they have moved right but not enough for my tastes, in general. Many of them follow and listen to Tim Pool, if that gives you an idea of where they are at.

In my onboarding interview with Jack (there's a process to join so we don't get inundated with undesirables) I told him that I was disappointed to see that many LO members believe a lot of the Pandemic hype. He talked me off the ledge, so to speak, he pointed out that everyone is on their own journey and while we want to be picky about who joins, we'll be picky by screening for the proper motivation and open-mindedness that it takes to see the truth, not necessarily by screening for people who already have reached a certain point in their red-pill journey.

Last week me and 17 other LO members from all over the country met outside Las Vegas (in a little town called Pahrump) for a two-day defensive pistol course offered by Frontsight. The course was fun and useful, but it was really just an excuse for us guys to get together. As you can imagine, much of our time outside of class was spent discussing politics and current events. Notwithstanding the different places we all were in our understanding of the 'Pandemic' and other deceptions, being around these guys was energizing to me, it was a much needed break from what I deal with in the DC area. Actually the experience was so profound that it made me wonder if I'm not really an introvert, I just think I am because I'm usually surrounded by people I don't relate to and it exhausts me.

Government Exhibit
US v Hatchet Speed
22-cr-00244

520

The whole Vegas trip was fun. Dulles (my local airport) was almost completely empty, almost all the restaurants and even the Starbucks were closed (Wendy's was open though). But everywhere else (airports in Minneapolis, Atlanta, and Las Vegas), things were more normal. Masks were still required in 'public spaces', but people were mostly living their lives. Frontsight essentially had a 'no mask' policy which was nice. After the class was over we all went to Vegas for the night before our flights the next day, and ate out and wandered around. I spent about two hours just wandering through casinos and looking at the scenery. I'm not really into casinos but ever since the 'outbreak' I try to take advantage of every opportunity to come into close physical proximity with huge numbers of complete strangers from all over and in various stages of un-health, and casinos are great for that. I only covered about a quarter of the strip because I was so tired from not getting a lot of sleep for two days and still being jet-lagged. Usually being tired, wandering around outside in the cold and inside around hoards of people is a good way to get sick, but somehow I didn't catch... anything. I tried though. I really tried.

Back in June or thereabouts, I joined another fraternity: the Proud Boys. These guys are heavy drinkers, for the most part, and to excess, I think, but to their credit they tend to take everything they do to an extreme, with little regard for their health and well-being, mostly motivated by testosterone and chivalrous honor. Some of them are further to the right than I am, and I've learned a lot from them. They are men of action, they are staunch Nationalists, and they have a wonderful, living respect and appreciation for the heritage and cultural foundation that this country was built on. Western ideals are not something these guys learned in a book, it's something they learned from their fathers, or not uncommonly, from not having fathers and striving mightily to find their place in this world. Mostly they are Christians, some recently so, and even though our chapter president considers himself an atheist, he knows and reminds others that this country would be nothing without its Christian roots.

We were at the 'Stop the Steal' rally last month, in full regalia. I heard second-hand (from a PB who knows a DC cop) that the DC police estimated over a million people at that rally. I would have said maybe 300,000 but then I looked at aerial photos of the rally afterward and 1M is easier to believe. It was incredible. A lot of people were thanking us all day long for what we do to keep them safe. There were Proud Boys from all over the country, over 500 of us, and there were at least that many Antifa looking for any opportunity to get a cheap shot on a protestor. Unfortunately us PBs couldn't be everywhere, and you can find videos online of Antifa attacking people and seriously injuring several that day, including kids and old people. The cops were not super helpful, if we hadn't been there it could have been very ugly.

This Saturday we're doing it again, another DC rally. It's going to be epic.

If you want to join your local Proud Boys chapter, find their contact info on proudboysusa.com. There are look-alike sites that have been set up by Antifa to dox anyone looking to join, that's why I give you the url.

And if you find any other groups of like-minded folk that you would recommend, let me know. We need to build our networks now, it's only going to get harder as the enemy consolidates power.

I almost forgot, here is the article I told you about that studied the 1918 flu: https://www.nih.gov/news-events/news-releases/bacterial-pneumonia-caused-most-deaths-1918-influenza-pandemic

Here is the whole study, no paywall: https://academic.oup.com/jid/article/198/7/962/2192118?fbclid=IwAR2cPH2_8XCaCvFIUOeYMM3FLKZDJ0DbBnDhEaOxJwa-14BGJQpCt8POYQ4

I mis-remembered one detail though: the study doesn't talk about masks at all, only the high incidence of bacterial pneumonia. I had recently seen a bunch of old scans (from microfiche) of newspaper clippings of politicians demanding that everyone wear masks, and knowing that masks are a great way to give yourself a bacterial infection, I conflated the two.

-Speed

On Tue, Dec 8, 2020 at 1:12 AM A▮▮▮ S▮▮ <▮▮▮gmail.com> wrote:
> Hey,
>
> Attached is a sheet I was privy to receive because I work at a headquarters organization. Apparently, a medical group commander at some base got in a bunch of trouble because he shared the information in here with the base "before it was official", and the last word I've heard after that is that 'none of this is official'. Still thought you might like seeing where the winds may be headed.
>
> One of the new developments NOT included in the attached is that DoD will be giving civilians vaccine cards so they can keep track of the multiple doses they'll need for the vaccine. May it be that that will be all that it is used for.
>
> Of note, this is the first time I have ever seen them give members of the military the option of opting out of a vaccine, however as the end of the letter seems to indicate, this option is likely to be short lived if they have their way, but who knows we may get lucky.
>
> I am leaving the Air Force on January 1st. Don't know if I will eventually serve out the rest of my time with the reserves or guard or not, but both my wife and I felt it was time for us to go.
>
> Hope you are doing well and surviving the bubble that is D.C. I watched on NTD the broadcast of Trump speaking in Georgia and he talked about what a great turn out there was in D.C. recently to "Stop the Steal". His "most important speech ever" as he called it on December 2nd was also really good. One of the best he has given as president.
>
> Cheers!
> A▮▮▮