# **EXHIBIT E**

Date of Audio Recording    3/15/2022

Speakers:

| | |
|---|---|
| Undercover employee | UCE |
| Hatchet Speed | HS |

HS:   Yeah, oh yeah I got some 9 mils as well, yeah. And, you-you reminded me, I don't have an AR-10 but I did get, um, oh what's the round called, it's uh, 6-5 Creedmoor [PH]--

UCE:   [OV] yep Creedmoor. How does come [UI]

HS:   --so it has a 26 inch barrel and I bought a bunch of 6-5 Creedmoor ammo.

UCE:   I think for years, the last like five years, military, keep on. . . trying to go, I think with Creedmoor, a 6-0 Creedmoor, uh, because they're saying, like, you know, lack of [UI], dude. Be well of 2-2-3--

HS:   Yeah.

UCE:   --um so, and they don't want to send 6-2 because they use too much, so I think they were going to try to sell it in the middle and then try on a go with a 6.5 Creedmoor um, I never shot one before but do you have one?

HS:   I have one, I haven't shot it.

UCE:   Yep.

HS:   I bought it just because I was panic buying during all the, you know, nonsense.

UCE:   Yeah, get it.

HS:   But uh, I haven't, yeah, the, the round looks really weird like, it's not a sexy looking round.

1

GOVERNMENT EXHIBIT
1E
1:22-CR-165