# **EXHIBIT I**

File Number:
Task ID:

| | |
|---|---|
| UCE: | [OV] Uh-huh. |
| HS: | And when Israel got cut off, he still wanted a homeland for them because Hitler believed every nation deserves a homeland. He's pretty much the only politician who ever, put, put his whole life at stake to fulfill that aspect. |
| UCE: | Wow. |
| HS: | And so when, Israel got closed down by the British, he was looking at Madagascar and he had his general's look at it and he had the whole—and he had the whole thing planned out. Unfortunately he had so much pressure from the east and the west he never got that chance to do that. But he was going to make Madagascar a homeland for the Jews. |
| UCE: | Yeah, wow. |
| HS: | And that was his point, yeah. |
| UCE: | I never knew that. You're used to like the Hitler, and you know, he killed the Jews don't do that." I've never seen that—that side-- |
| HS: | Yeah. |
| UCE: | --of him. |
| HS: | Yeah. |
| UCE: | Wow. |
| HS: | Yeah. |
| UCE: | What, so what book is that in? |
| HS: | So, a number of books, I-I read a book, well I've read, over the last two years so, I'll tell you two years ago I hated Hitler. |
| UCE: | Uh-huh. |
| HS: | For the same reason everyone does. On and off, I don't even remember why I did this, but one day I was on like a Telegram page and somebody shared uh—like, uh, ebook of Mein Kampf and the vaccines and everything were going on and—and I—the vaccine mandates nearly caught me so much by surprise that I started to feel like I had no idea what's going on in this place. So I was like, "I'm going to do something that I've never wanted to do. I'm going to read Mein Kampf.." You know? |

100

File Number: ▮
Task ID: ▮

| | |
|---|---|
| UCE: | Yeah. |
| HS: | because I, because I thought, "everyone else is lying to me-- |
| UCE: | [OV] Yeah. |
| HS: | --like what, how bad could it be?" |
| UCE: | Yeah. |
| HS: | And I read the book, that book is incredible. I'm telling you, Mein Kampf. |
| UCE: | Mein Kampf. |
| HS: | Yeah, it's Hitler's, sort of, it's the book he wrote in the 1920's that sort of rocketed him to fame and was part of the reason that he was, you know, later became chancellor and was the head-- |
| UCE: | Yeah. |
| HS: | --of the Nazi party too because people read this book and they were like, "Heck, this guy makes a lot of sense." That book [coughs] it is, it's like, I thought—I-I told my friends I said, "I feel like I'm reading about 2020." I feel like I'm reading about right now-- |
| UCE: | [OV] Wow. |
| HS: | --because he was talking about how, when he would try to have political uh, uh, he would like rent out a hall to have a political speech and, Antifa, they were called Antifa then just as they are now. |
| UCE: | Wow. |
| HS: | Antifa would, uh, uh, go to whoever owned that hall and threaten them so they'd cancel the booking so they, he wouldn't get a chance to speak and then maybe he'd go to another-- |
| UCE: | [OV] That sounds familiar. |
| HS: | --it's exactly! That's the thing-- |
| UCE: | [laughs] |
| HS: | --and I'm—and I'm reading this going, "this is happening now." |

101

File Number:
Task ID:

| | |
|---|---|
| UCE: | [OV] Yeah. |
| HS: | That's happened [stutters] like-- |
| UCE: | In—In colleges especially. You know? |
| HS: | [OV] I remember when I went to DeploraBall in 2016, or 2017 when Trump was elected. It was originally not scheduled to be downtown, it was scheduled to be in Arlington-- |
| UCE: | Yeah. |
| HS: | --but they got so many threats they cancelled it. |
| UCE: | Uh-huh. |
| HS: | So I've seen this happen-- |
| UCE: | [OV] Wow. |
| HS: | --at things that I've gone to-- |
| UCE: | [OV] Wow. |
| HS: | --so I'm reading Hitler tell me about this and then he says, he talks about this, this other, he's like, "we rented this hall" and he, he personally was out like stickering [PH] Belin like, or Munich I think it was at the time is where he was. Trying to get people there, he got like 4,000 people there and before he was even starting to speak Antifa showed up and started beating on people and he said, though you know at this time, I had a bunch of my friends from the military, because he was, he fought in World War I as an enlisted man. He fought for years enlisted, and he was decorated five times for braveries. Like you can read about what Hitler did in World War I and it's incredible. |
| UCE: | [OV] Wow. |
| HS: | The guy had no fear. |
| UCE: | Yeah, wow. |
| HS: | And I've read—I've read various accounts, it's just amazing. |
| UCE: | Yeah. |
| HS: | But—but anyway, so he had a lot of friends, and kind of like, it's like us, like he just had friends he knew from the service and he—he goes, he told them, he said, |

File Number:
Task ID:

|  |  |
|---|---|
|  | "look, every time I try to speak Antifa comes and they start beating people up so I want you to be there to stop them." |
| UCE: | Yeah. |
| HS: | And they were there and there—there were fist fights and Antifa realize that they weren't backing down. When I read this like, I have no problem with these things. And that's what [UI] do like they literally like, you look at what, what happened when, uh, yeah [UI] want to speak at work. |
| UCE: | Yep, oh it happens again. Ben Shapiro— |
| HS: | Yeah. |
| UCE: | --Cool Times [PH], uh, Charlie Kirk? Charlie Kirk? |
| HS: | Charlie Kirk, yeah. |
| UCE: | Oh, happens all the time. |
| HS: | Yeah, Antifa shows up and they want to shut down and Proud Boys are there to stop them. |
| UCE: | Yeah. |
| HS: | We're doing the same thing except there's blocks [PH] which we're doing—and I thought this was amazing because I was already doing that and I was like, "oh this is, like this isn't our idea." Like we're the-- |
| UCE: | [OV] Yeah. |
| HS: | I thought we were like somehow I was being super creative about it, no-- |
| UCE: | [laughs] Yeah. |
| HS: | --this has happened before. |
| UCE: | Yeah, hundred years ago, right? |
| HS: | Exactly, exactly, hundred, almost exactly a hundred years ago. |
| UCE: | Yeah [laughs] [mumbles] |
| HS: | But everything, like that's why I kept turning pages, I'm like this whole thing— and then he talks about the banks, how the banks were forcing people out of their homes. They were getting people in debt, they were devaluating the amount of |

File Number:
Task ID:

|  |  |
|---|---|
|  | supplies so it didn't matter if you had savings, you're going—going to be in debt one way or the other. Exactly what we're seeing now with Black Hawk [PH]—make a note. That's one of the things the—the—the—the Nazis did to make their power was they ended land speculation. All the stuff Black Hawk's doing now, the Jews will do it again and they made it illegal. |
| UCE: | Wow. |
| HS: | Yeah. |
| UCE: | Yeah. |
| HS: | And so, of course, Jews we're hopping mad about that. Um, the Rothschilds--Hitler arrested the Rothschilds, like, to me, if he's the only person, in—in—on—in world history to successfully arrest a Rothschild. I'm not sure about that but I think he's the only person. |
| UCE: | Wow. |
| HS: | And he arrested him and they didn't let him out of jail for year until he agreed to relinquish his holdings in Austria. |
| UCE: | Wow. |
| HS: | And that's the only reason we let him go. That, to me is incredible like Rothschilds are untouchable but they literally arrested one-- |
| UCE: | Wow. |
| HS: | --and didn't like—cer--he did things that no one had ever done. |
| UCE: | Right, wasn't taking no more. |
| HS: | What's that? |
| UCE: | Wasn't going to take it no more. |
| HS: | Yeah, he wasn't going to take it, exactly. And then if you read about what Berlin was like, um, you know people, uh, people love to show those tapes of—of the Nazis burning books, right? And they did burn books and my brother actually, he's like, "oh Nazis burned books." So I looked into it. I found out exactly what books they were burning. Here's what books they were burning. Like . . . this is amazing, and I don't know why I never thought about this before, because I'll admit, I never--I for years I was like, "oh the Nazis burned books that's not good," you know? |

File Number:
Task ID:

| | |
|---|---|
| UCE: | Yeah. |
| HS: | Here's the thing. You look at books we have now in the library like, Heather Has Two Mommies-- |
| UCE: | Yeah, yeah, yeah. |
| HS: | [OV]--or whatnot-- |
| UCE: | [OV] Exactly. |
| HS: | --and if you try and walk into these libraries, especially like a school library or a public library, that's all there is. I've done it-- |
| UCE: | Yeah. |
| HS: | --I—actually last time I, uh, because I used to love libraries, I used to hang out at libraries as a kid-- |
| UCE: | Yeah. |
| HS: | --that was like my safe space. |
| UCE: | Yeah. |
| HS: | I-I recently, I went to a seven story library, this is a couple years ago, I was like, "Oh seven story library, this is awesome." |
| UCE: | Yeah. |
| HS: | I-I-I blocked out a whole day, I was like I'm going to spend all day in the library. |
| UCE: | Wow. |
| HS: | Because I love libraries. |
| UCE: | Yeah. |
| HS: | I walked out there without having read anything because it was all this garbage. Seven stories of this. |
| UCE: | [OV]That's outrageous. |
| HS: | So now you tell me if, we'd ever take power and we, and we want to get rid of that, what are we going to do with all those books? Well I certainly hope we're |

105