# EXHIBIT J

File Number:
Task ID:

| | |
|---|---|
| HS: | [OV] Oh, okay. |
| UCE: | Um, well, at least you got the plan. |
| | [sound of item being placed on table] |
| HS: | Yeah. |
| UCE: | Right? |
| HS: | Yeah. |
| UCE: | Follow a five-year plan, probably? |
| HS: | I think. I mean, and that—and that, to me—like, my concern is like you were saying, like what if—what if we don't have that much time, you know? But at the same time, there's only so much I can do, so I-I got to focus on what I can do instead of what I can't. |
| UCE: | Yeah. Plus, you have—you have your—your friends there. |
| HS: | Yeah. |
| UCE: | You know? You know, you have contacts and-- |
| HS: | [OV] Yeah. |
| UCE: | [OV] --you know, just—stuff that you can get alone. |
| HS: | Yeah. It's—it's tough though, because, mm, tho—those—those guys are really good because they're very willing to get in the thick of things, but planning ahead, in some ways it's not their strong suit. Like—like one thing they do, like, uh, they—they do instead of--they—they go and get drunk, like when they drunk, uh, they get drunk. |
| UCE: | Yeah. |
| HS: | And that's what they do for fun. And it's . . . Uh, I don't think there's anything wrong with that, but I feel like . . . a-alcohol can be used as an escape, right? So that the effort that they would otherwise be expending trying to fix the problem or solve it or do something-- |
| UCE: | M-hum. |
| HS: | --they're escaping. |

File Number:
Task ID:

| | |
|---|---|
| UCE: | Yeah. |
| HS: | You know? Because, uh, they know what the problem is but they get all soft. And a lot of these guys, I mean, they're—a lot of them are s—borderline alcoholics. |
| UCE: | Yeah. Wow. |
| HS: | And they just--they—I think—I think that's how they manage their—their problems. That's not a long-term solution. |
| UCE: | You—you talk to them pretty often? |
| HS: | Yeah. Every now and again. |
| UCE: | Yeah. |
| HS: | Yeah. |
| UCE: | Yeah, I'm not a big drinker. I think it's, uh, an escape-from-reality kind of thing. I mean, I do drink it—I'm a beer in the—I-I mean, I'll get a beer if there's like a game on, I'll have a beer but for the most part, um, I think just getting drunk is just a waste, you know? |
| UF2: | So here's the total. The top is yours, and just sign on the other two. |
| UCE: | Okay. |
| HS: | Cool. |
| UF2: | And I can take your card when you're ready. |
| HS: | All right. Okay. |
| UF2: | Thank you. You're doing, uh, cash, right? |
| UCE: | Yeah. Can I just get, uh, ten back? |
| UF2: | Ten back? |
| | [pause in conversation, ambient sounds] |
| HS: | Yeah. I was—I-I was actually—I was hanging out with them . . .on Saturday. |
| UCE: | On Saturday? |
| HS: | And, uh, of course we went to a bar because that's what we do. |

211

File Number:
Task ID:

| | |
|---|---|
| UCE: | Yeah. [laughs] |
| HS: | And one of them . . . Like, he got into a fight because he wanted to get into a fight. And, uh, I didn't stop him because I was like, "Ah, well, that's part of what he comes here for, is to get in bar fights." |
| UCE: | Is he, like, younger? Kind of like has something to prove kind of guy? |
| HS: | He—he's in his thirties, mid-thirties. |
| UCE: | [OV] Hmm. M-hum. |
| HS: | [OV] And so you would think he was matured a little bit—little bit, but-- |
| UCE: | [OV] Yeah. |
| HS: | You know, but that's what he—and—and a lot of them, that's what they enjoy fighting. And that's not a bad thing because it means that on the streets they're actually really good. |
| UCE: | Yeah. |
| HS: | And the Proud Boys have to be good at that because Proud Boys are generally outnumbered by Antifa. |
| UCE: | Oh, yeah. |
| HS: | [OV] All those other places [UI]. |
| UCE: | [OV] Yeah. They don't, uh—I think Antifa are, like, pussies anyway. |
| HS: | They are. |
| UCE: | [laughs] |
| HS: | But numbers—numbers . . . You know, like, uh, the—the November rally here in DC, there were almost 500 Antifa. |
| UCE: | Wow. |
| HS: | And there were about 100 of us Proud Boys. |
| UCE: | Yeah. |
| HS: | And, uh, 500 people, even if they're pussies, there-- |

212

File Number:
Task ID:

| | |
|---|---|
| UCE: | [OV] Yeah. |
| HS: | --are 500 people who've—who've got sticks-- |
| UCE: | Yeah. |
| HS: | --and shields, and are—and are not there to play fair. |
| UCE: | Yeah. |
| HS: | So it—they—they—they w—they were roughing people up, you know? Not Proud Boys but they were roughing up-- |
| UCE: | [OV] Yeah. |
| HS: | --other people. |
| UCE: | And you—you say there were 100 or so? |
| HS: | Yeah, there were, like, 150 Proud Boys there, something like that. |
| UCE: | [OV] Wow. What's good, yeah, there's che—you know, the normal people. |
| HS: | Exactly. |
| UCE: | Right? |
| HS: | And that's where, you know-- |
| UCE: | [OV] You know? |
| HS: | And it's good. Like, Proud Boys are good at fighting because they literally just enjoy fighting. |
| UCE: | Yeah. |
| HS: | You know? And so—and so that's why, like when—when this friend of mine, he gets into a fight, like, I was standing. Like, at first, like, I moved and, like-- |
| UF2: | Here's your check and I'll bring you your change. |
| UCE: | Oh, thank you. |
| UF2: | M-hum. |

213

**File Number:**
**Task ID:**
HS:  Like, I moved in--

[end of audio]

**Session Number:** 19 of 28
**Source File Name:**
**Duration:** 00:15:52

[start of audio]

HS:  My friend was here, the other guy was here, and I stood here thinking, "I'm going to split it up." And then right before it happened I just thought, "Well, this is what he comes here for." Like--

UCE:  Yeah.

HS:  --he wanted to get into a fight tonight. So I sat back and the idiot attacked him. Like, dude, don't attack a Proud Boy. You're going to regret that. [laughs]

UCE:  It was this—it was this past Saturday?

HS:  Yeah.

UCE:  Wow.

HS:  And soon as he go—he actually picked up a chair and st—and went to attack the guy, and the guy easily pushed the chair aside, punched the guy out. [laughs]

UCE:  Wow. What—uh—what caused it? What was, like, the--

HS:  [OV] "Fuck Tebow" "You looking at me, man?" Because—yeah, because—so my friend, because he wanted to—he wanted to fight, and so he just started—like, this guy was, like, 30 feet away and he just starts yelling at him. Like, just trying to egg him on. And I guess, like, he's good at it, because he got the other guy to attack.

UCE:  Yeah.

HS:  Which I guess is what you want to do if you get into fights a lot, is cover your legal situation.

UCE:  [OV] Oh, yeah.

HS:  [OV] Be like, "Oh, you attacked me. Everybody—everybody--

214

File Number:
Task ID:

| | |
|---|---|
| UCE: | [OV] Yeah. |
| HS: | [OV] --saw it." |
| UCE: | [OV] "Everybody, you saw that? You saw that?" |
| HS: | [laughs] So looking back on it—like, at the time, I was just kind of, like, "Really? You just got us kicked out of the bar, right? Can you just—can you just have some self-control?" But looking back on it, like, think, "Well, actually, he was kind of smart about it. He made sure he got attacked, and he got what he wanted. He got his fight. We did still get kicked out of the bar." |
| UCE: | Yeah. |
| HS: | But he didn't go to jail, you know, because-- |
| UCE: | [OV] Yeah. |
| HS: | [OV] --everyone knows-- |
| UCE: | Yeah. |
| HS: | --he didn't attack. |
| UCE: | Yeah. The other guy get in trouble or-- |
| HS: | No. |
| UCE: | No? |
| HS: | No, because—because—because we were just as eager to drop it. |
| UCE: | [OV] Yeah. |
| HS: | [laughs] |
| UCE: | It—it was a-a beer and a brawl, some would say? |
| HS: | Exactly. Yeah. [laughs] |
| UCE: | That's good, man. Yeah, that's good that you give, um—you—you're surrounded by a good, healthy crew, as you say. |
| HS: | Yeah. Yeah. |

[pause in conversation, ambient sounds]

215