# EXHIBIT K

**Speed/D▇ exchange**

Exhibits from Phone

**D▇**
Big boss told us we are going back in. Can I pick you up in 20 min. Bring a light.
11/14/2020 8:51:54 PM

**D▇**
I'm leaving now, sorry you didn't get the message
11/14/2020 9:21:21 PM

**Speed:**
Oh, just saw this... Are you in in DC now?
11/14/2020 10:43:27 PM

**D▇**
Yes
11/14/2020 10:56:40 PM

**Speed:**
I can come in ... Things still happening?
11/14/2020 10:57:03 PM

**D▇**
Pretty quiet we stomped them out
11/14/2020 10:59:20 PM


Government Exhibit
US v Hatchet Speed
22-cr-00244
406

## Exhibits from Phone

11/14/2020 11:02:39 PM — **Speed:** Damn it. I'm coming in. If you leave DC let me know, or have parking advice, otherwise I'll figure it out.

11/14/2020 11:55:04 PM — **Speed:** I'm at Harry's. Where at people at?

11/15/2020 12:11:29 AM — **Speed:** Freedom plaza, jw marriott, hilton garden inn all quiet. Only met two drunk PBs. You go home?

11/15/2020 12:50:21 AM — **D:** Here around constitution, heading to harrington

## Exhibits from Phone

**11/15/2020 12:54:14 AM** — Speed: K. Procession on 14 and 1000, Nick fuentes get al. [HS]

**11/15/2020 1:09:46 AM** — Speed: Procession broke up, ... Harrington is a Street? [HS]

**11/15/2020 1:10:32 AM** — Speed: I'm at JW marriott, coming toward constitution. [HS]

**11/15/2020 1:30:13 AM** — D▮: Go home. Harrington is a hotel. Everyone is pooped. Mission over [D]

## Exhibits from Phone

**11/15/2020 1:33:03 AM**

Speed:
Cool. Finally met up with MDC outside Harry's. Thanks. — HS

D
Cheers, I'm home safe

**11/15/2020 1:33:29 AM**