# **EXHIBIT L**

File Number:
Task ID:

HS: That's what should've happened with J six.

UCE: Yeah.

HS: People should've heard about what was happening and come.

UCE: Yeah.

HS: So there should've been a million people the second day, a million and a half people the third day, two million people the fourth day. It should've gotten to the point where the—Nancy Pelosi should've resigned out of fear for her life.

UCE: [OV] Yeah.

HS: That's what should've happened.

UCE: She went from a—uh—protest to a celebration.

HS: Yep.

UCE: You know? Di—and it didn't happen.

HS: Yeah.

UCE: [OV] Doubled down and . . . Yeah.

HS: And the reason why is because too many Americans have this idea that we have to be peaceful at all costs.

UCE: Yeah.

HS: Oh, as soon as we're violent then we lose the moral authority. Who told you that? I'll tell you who tells you that. Every superhero movie made by Jews.

UCE: Yeah.

HS: You know?

UCE: Yeah. I mean--

HS: Who's telling us this?

UCE: [OV] --I mean—I mean--

HS: H-Hollywood is controlled by the Jews, you know? You know?

187

File Number:
Task ID:

| | |
|---|---|
| UCE: | [OV] Yeah. |
| HS: | And that's why they make movies where the good guy always, uh, prioritizes non-violence over even winning against the enemy. |
| UCE: | [OV] Yeah. Yeah. Yeah. I don't get it. |
| HS: | No. |

[pause in conversation, ambient sounds]

| | |
|---|---|
| HS: | And that's why these myths—we think that civil rights was a triumph of non-violence. The reason that non-violent effort worked is because the government wanted it to. |
| UCE: | Uh-huh. |
| HS: | There's no such thing as a non-violent revolution with a non-cooperative government. |

[pause in conversation, ambient sounds]

| | |
|---|---|
| UCE: | Yeah. Do you—uh—keep in contact with your Proud Boy buddies? |
| HS: | Yeah, we—we keep in contact. Always do, yeah. |
| UCE: | How's your steak? |
| HS: | It's good. |

[pause in conversation, ambient sounds]

| | |
|---|---|
| UCE: | Yeah, I-I don't know how we're going to survive literally three and a half plus years. H-honestly, I think he's going to get sick and they're going to do the—the 20—is it the 20th Amendment? |
| HS: | Oh yeah. |
| UCE: | Same thing about president orders and, uh—[UI] Kamala becomes the president and that'd be even worse. |
| HS: | Yeah. |
| UCE: | You know, I mean, it really-- |

188