# EXHIBIT M

## Exhibits from Phone

**R▮** (MR) — 1/1/2021 3:18:09 PM
Speeeeeeeeeed! What's been happening??

**Speed:** (HS) — 1/1/2021 3:24:08 PM
Maaaattt!

**Speed:** (HS) — 1/1/2021 3:25:42 PM
I'm livin' the dream in Northern VA, just outside the DC beltway.

**Speed:** (HS) — 1/1/2021 3:26:38 PM
Suburban environment, but close enough to the city for those days when I just wanna be part of a riot.

**R▮** (MR) — 1/1/2021 3:30:01 PM
I've probably seen you on TV then, You're right where all the fun is happening.

Government Exhibit
US v Hatchet Speed
22-cr-00244
407

## Exhibits from Phone

**Speed:**
Ha you probably have actually! I know I've been recorded a bunch of times but so far I haven't seen myself on Twitter.

1/1/2021 3:32:10 PM

**R▮▮▮▮**
All it takes is for you to stand in front of someone who is protesting something with a smirk on your face. You don't even have to say anything. You'll get on tv for sure!!

1/1/2021 3:33:56 PM

**Speed:**
Hahaha. I had a sitch where three people were recording me, one was a news guy. That probably ended up somewhere but I don't follow the right accounts. An Antifa dude was about 1 inch from my face and talking smack. I just stood there.

1/1/2021 3:36:58 PM

## Exhibits from Phone

1/1/2021 3:49:48 AM

**Speed:**
Here's a photo I took at the Nov. "Stop the Steal"



1/1/2021 3:50:25 PM

**Speed:**
DC police estimated nearly 1M people, not that CNN would ever tell you that.

1/1/2021 3:52:48 PM

**Speed:**
Dec. Rally.



## Exhibits from Phone

**NC** — N███ C███: Why are purple wearing yellow bandanas?
1/1/2021 3:56:11 PM

**HS** — Speed: The yellow/black are Proudboy colors.
1/1/2021 3:59:31 PM

**MR** — R███: Speed, I take it you would not agree with Biden's assessment of antifa that "it's an idea, not an organization."
1/1/2021 7:55:24 PM

**HS** — Speed: Haha I would go farther than that. It's an org, but it's not even new, it has the same goals and tactics as the Antifa of the 1920's. Almost the same flag, similar funding source..
1/2/2021 8:05:46 PM