# **EXHIBIT N**

Government Exhibit
US v Hatchet Speed
22-cr-00244
013





Government Exhibit
US v Hatchet Speed
22-cr-00244
015