FILED: September 15, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4308
(1:22-cr-00165-MSN-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

HATCHET M. SPEED

    Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk